IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARVIN G. MCKAY,

                Plaintiff,

v.                                                        OPINION and ORDER

OFFICER FLEMING, OFFICER HOILE and OFFICER        23-cv-671-jdp
GENSKE,

                Defendant.

---

Pro se plaintiff Marvin McKay is a former state of Wisconsin prisoner. McKay alleges that when he was incarcerated at McNaughton Correctional Center, defendants unjustly punished him for refusing to work when he was not feeling well after a 12-hour fast and blood draw. The court allowed McKay to proceed with this case by paying an initial partial filing fee. Dkt. 4. McKay paid the initial partial filing fee so ordinarily the next step would be for me to screen his complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. But a letter regarding the case sent to McKay's last known address, Oakhill Correctional Institution, was returned as undeliverable, with a note that McKay was no longer an inmate there.

McKay has not updated his address with the court. The Wisconsin Department of Corrections Offender Locator database shows that he was released on extended supervision on October 12, 2023. McKay's probation officer informed court staff that he does not have an address or other contact information for McKay. McKay has a duty to provide the court with an updated address. McKay has not done so, leaving the court with no way to contact him.

Accordingly, McKay's claims in this case are DISMISSED without prejudice for his failure to prosecute them.

Entered November 20, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge